**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JOVAN WATKINS, #290-407, | * |
| Plaintiff, | * |
| v. | *   Civil No. DKC-09-0294 |
| MARYLAND DIVISION OF CORRECTIONS, *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ANSWER**

Defendants, Maryland Division of Corrections and Kathleen Green, by their attorneys, Douglas F. Gansler, Attorney General of Maryland, and Glenn W. Bell, Assistant Attorney General, in answer to the complaint state:

1. Defendants deny each and every allegation set forth in the complaint.

And in further answer to the complaint, Defendants state:

2. Defendants' actions were performed in a reasonable good faith belief that their actions were proper.

3. Defendants' actions were performed in good faith reliance on standard operating procedures.

4. The complaint does not state a claim upon which the relief prayed can be granted.

5. Each and every act and action of the Defendants taken with respect to the Plaintiff was done and performed in good faith, in the official discharge of their duties as employees of the Division of Correction, and with a reasonable belief as to the constitutionality of their actions for which they enjoy a qualified immunity from liability.

    Respectfully submitted,

    DOUGLAS F. GANSLER
    Attorney General of Maryland


    _____/s/_____
    GLENN W. BELL
    Assistant Attorney General
    Federal Bar No.00051

    St. Paul Plaza - 19th Floor
    200 St. Paul Place
    Baltimore, Maryland  21202
    (410) 576-6416 (Telephone)
    (410) 576-6880 (Telefax)
    E-mail: gbell@oag.state.md.us

    Attorneys for Defendants

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of May, 2009, a copy of the foregoing Answer was mailed, postage prepaid, to:

JOVAN WATKINS, #290-407
Central Laundry Correctional Facility
P.O. Box 395
7301 Buttercup Road
Sykesville, Md. 21784

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　GLENN W. BELL
　　　　　　　　　　　　　　　　Assistant Attorney General

Answer.wpd